Sylvester PICKETT, Appellant,

v.

STATE of Missouri, Respondent.

WD 78406

Missouri Court of Appeals,
Western District.

ORDER FILED: June 28, 2016

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Victor C. Howard, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

**ORDER**

Per Curiam:

Mr. Sylvester Pickett appeals a judgment denying his Supreme Court Rule 24.035 post-conviction motion after an evidentiary hearing.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).